JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAURA B. MONTGOMERY, an individual, and MARY H. FLEER, an individual, | Case No.: 2:19-cv-09247-JFW-JEMx |
| Plaintiffs, | **Judgment** |
| v. | |
| LOUIS W. TURLO, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having granted in part and denied in part Plaintiffs Laura B. Montgomery and Mary H. Fleer's Request for Entry of Default Judgment Against Defendant Louis W. Turlo,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Laura B. Montgomery and Mary H. Fleer are awarded a money judgment against Defendant Louis W. Turlo in the principal amount of $508,371.13.

2. Pursuant to *Cal. Prob. Code* § 859 Plaintiffs Laura B. Montgomery and Mary H. Fleer are awarded additional damages against Defendant Louis W. Turlo in the amount of $508,371.13, for a total judgment in the amount of $1,016,742.26;

ORDER GRANTING DEFAULT JUDGMENT

3. Pursuant to *Cal. Welf. & Inst. Code* § 15657.5(a); Plaintiffs Laura B. Montgomery and Mary H. Fleer are awarded their attorneys' fees and costs against Defendant Louis W. Turlo in an amount to be determined by the Court pursuant to a motion related thereto;

IT IS SO ORDERED.

Date: August 5, 2020

_____
United States District Judge